672 A.2d 785

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Joseph RICO, Respondent.**

Supreme Court of Pennsylvania.

March 18, 1996.

## ORDER

PER CURIAM:

AND NOW, this 18th day of March, 1996, the Petition for Allowance of Appeal is hereby GRANTED, and oral argument is limited to the issue of whether *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), applies where the prosecutor in a case allegedly involving organized crime has exercised peremptory challenges to disqualify prospective jurors of Italian descent.